IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | CR.NO. 1:07cr 267-SRW |
| | ) | [18 USC 13; Code of Ala. |
| V. | ) | 32-5A-191(a)(1)(2)] |
| | ) | |
| GREGORY T. HICKMAN | ) | INFORMATION |

2007 OCT 24 P 3: 28

The United States Attorney charges:

On or about the 14th October 2006, at Fort Rucker, Alabama, in the Middle District of Alabama, GREGORY T. HICKMAN did unlawfully operate a motor vehicle while there was 0.08 percent or more by weight of alcohol in his blood and did unlawfully operate a motor vehicle while under the influence of alcohol in violation of Title 32, Section 5A-191(a)(1) and (2), Code of Alabama 1975, and Title 18, Section 13, United States Code.

LEURA GARRETT CANARY
UNITED STATES ATTORNEY

*/s/ Kent Brunson*
KENT B. BRUNSON
ASSISTANT U.S. ATTORNEY

*/s/ Emily M. Ruisanchez*
EMILY M. RUISANCHEZ
SPECIAL ASSISTANT U.S. ATTORNEY
GA BAR NO. 142573
Office of the Staff Judge Advocate
Soldier Service Center, Building 5700
Fort Rucker, Alabama 36362-5000
(334) 255-9141

STATE OF ALABAMA            )     AFFIDAVIT
                            )
DALE COUNTY                 )

The undersigned, being first duly sworn, deposes and says:

I am a Military Policeman at Fort Rucker, Alabama. On the 14th of October 2006, I was conducting a safety checkpoint at Building 6000, the post Aviation Museum parking lot adjacent when I was instructed to conduct a breath test on GREGORY T. HICKMAN. HICKMAN was stopped during the DUI checkpoint by another policeman who detected the odor of alcohol emitting from HICKMAN'S person. HICKMAN was administered three field sobriety tests, all of which he failed. He was apprehended and transported to the PMO where he submitted a breath sample; the result was a blood alcohol content of .12. HICKMAN was further processed and released to his unit on DD Form 2708. In my opinion as a law enforcement officer, HICKMAN was under the influence of alcohol.

_____
BRITT BOYER, SSG, U.S. ARMY

Subscribed and sworn to (or affirmed) before me on this __11__ day of _October_ 2007.


_____
NOTARY PUBLIC

My commission expires: NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: July 2, 2011
BONDED THRU NOTARY PUBLIC UNDERWRITER