| | |
|---|---|
| COURTROOM DEPUTY'S MINUTES | DATE: November 7, 2007 |
| MIDDLE DISTRICT OF ALABAMA | DIGITAL RECORDING: 1236 - 1238 (5056W) |
| | 10:40 - 10:42 |

√ **ARRAIGNMENT**  ❏ **CHANGE OF PLEA**  ❏ **CONSENT PLEA**
❏ **RULE 44(c) HEARING**  ❏ **SENTENCING**

---

**PRESIDING MAG. JUDGE:** Susan Russ Walker  **DEPUTY CLERK:** Joyce Taylor
**CASE NUMBER:** 1:07cr267-SRW  **DEFENDANT NAME:** Gregory T. Hickman
**AUSA:** Emily Maria Ruisanchez  **DEFENDANT ATTORNEY:**
Type counsel ( )Waived; ( )Retained; ( )CJA; ( )FPD
( ) appointed at arraignment; ( ) standing in for: _____

**PTSO/USPO:**

Interpreter present? ( √ )NO; ( )YES   Name:

---

Government's **ORAL MOTION** for issuance of a warrant.

Court's **ORAL ORDER** granting motion for issuance of a warrant and directing warrant be issued.

❏ This is defendant's **FIRST APPEARANCE.**

❏ **Financial Affidavit** executed. **ORAL MOTION** for appointment of Counsel.

❏ **ORAL ORDER** appointing Federal Public Defender. Notice of Appearance to be filed.

❏ **WAIVER OF INDICTMENT** executed and filed.

❏ **INFORMATION** filed.

❏ Juvenile Information filed w/Certificate that State Court refused jurisdiction.

**PLEA:**  ❏ **Not Guilty**
   ❏ **Guilty as to:**
      ❏ **Count(s):**
      ❏ **Count(s):**    ❏ dismissed on oral motion of USA
                ❏ to be dismissed at sentencing

❏ Written plea agreement filed   ❏ **ORDERED SEALED**

❏ **ORAL ORDER** Accepting Guilty Plea and Adjudicating Defendant Guilty as to Counts _____.

❏ **CRIMINAL TERM:**
   DISCOVERY DISCLOSURE DATE:

❏ **ORAL ORDER** that defendant be released and continued under the same conditions previously imposed by the U. S. Magistrate Judge.

❏ Defendant remanded to custody of U. S. Marshal.

❏ Rule 44 Hearing:  ❏ Waiver of Conflict of Interest Form executed
        ❏ Defendant requests time to secure new counsel