IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:07-CR-00267-SRW |
| | ) | |
| GREGORY T. HICKMAN | ) | |

## **ORDER**

Upon consideration of the government's motion for leave to Dismiss Information (Doc. # 5), filed November 8, 2007, and for good cause,

it is ORDERED the motion be and hereby is hereby GRANTED.

DONE, this 14th day of November, 2007.

/s/ Susan Russ Walker
SUSAN RUSS WALKER
UNITED STATES MAGISTRATE JUDGE